COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-15-00605-CR

Style:          Dexter Keith Royston

          **v.** The State of Texas

Date motion filed*:          February 10, 2016

Type of motion:          Motion for Extension of Time to File Appellant's Pro Se Brief

Party filing motion:          Appellant

Document to be filed:          Appellant's Pro Se Response to Appointed Counsel's *Anders* Brief

Is appeal accelerated?    No

If motion to extend time:

    Original due date:          February 26, 2016

    Number of previous extensions granted:        1    Current Due date: April 4, 2016

    Date Requested:

Ordered that motion is:

    ☐        Granted

          If document is to be filed, document due:

          ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐        Denied

    ☑        **Dismissed** (moot)

    ☐        Other: _____

    On February 18, 2016, the Court granted appellant's Motion for Access to Appellate Record and extended the time to file his pro se response to his appointed counsel's *Anders* brief to April 4, 2016. Accordingly, appellant's Motion for Extension of Time to File Pro Se Brief, filed on February 11, 2016, is dismissed as moot. **Appellant's pro se brief remains due on April 4, 2016.**

Judge's signature:   /s/ Russell Lloyd
          ☑ Acting individually

Date: March 1, 2016